# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-1766 PA (KKx) | Date | September 4, 2018 |
|---|---|---|---|
| Title | Kain Kumar, MD v. Rolls-Royce Motor Cars NA, LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

On August 24, 2018, the Court issued an order provisionally remanding this action to the Riverside County Superior Court, Case No. PSC1803105. (Docket No. 9.) The Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by August 31, 2018, if it objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defect.

Accordingly, for the reasons stated in the August 24, 2018 Provisional Remand Order, this action is remanded to the Riverside County Superior Court, Case No. PSC1803105.

IT IS SO ORDERED.